In the Matter of ALFRED S. JULIEN, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Respondents.

GEORGE E. MACY, Intervener, Respondent.

Argued October 30, 1939; decided October 30, 1939.

*Alfred S. Julien*, appellant, in person.

*William C. Chanler, Corporation Counsel* (*Paxton Blair* and *Seymour B. Quel* of counsel), for Board of Elections, respondent.

*Simon M. Platt, Walter A. Lynch* and *Bernard C. McDonnell* for George E. Macy, intervener, respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.